UNITED STATES of America,
Plaintiff–Appellee,

v.

Jimmy Lawrence NANCE,
Defendant–Appellant.

No. 01–7639.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 8, 2002.

Jimmy Lawrence Nance, Appellant Pro Se. Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Jimmy Lawrence Nance appeals from the district court's order denying his motions for reduction of restitution and for finding and retesting of DNA evidence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Nance,* No. CR–92–135 (W.D.Va. filed Sept. 6, 2001 & entered Sept. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*